IN THE UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION                          FEB 21 2018

Clerk, U.S District ...
District Of Monta...
G...

| | |
|---|---|
| SAFRON HUOT, | CV-17-61-BU-BMM-JCL |
| Plaintiff, | |
| vs. | |
| MONTANA STATE DEPARTMENT OF CHILD AND FAMILY SERVICES; et al., | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

Plaintiff Safron Huot, appearing pro se, commenced this case to appeal a decision of the Montana Supreme Court. The Court dismissed this case for lack of jurisdiction as a federal court does not possess jurisdiction over a litigant's pleading requesting that the court review a state court decision.

After dismissal, Huot filed a motion titled "Motion for a Mistrial/Change of Venue/Removal and Replacement of Magistrate Judge" on November 29, 2017. (Doc. 13.) Huot requests: (1) a "mistrial" be declared on the grounds of "Obstruction of Justice"; (2) the cases be transferred to the "District of Great Falls"; and (3) United State Magistrate Judge Jeremiah Lynch be removed from

1

presiding over the cases. Judge Lynch entered Findings and Recommendations in this matter on January 29, 2018. (Doc. 14.) Neither party filed objections.

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Lynch's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Lynch determined that a "motion for a mistrial" fails to apply in this situation as an Order of dismissal exists in this case. (Doc. 14 at 2.) Judge Lynch construes Huot's motion as a motion for relief from judgment or order under Federal Rule of Civil Procedure 60(b). *Id.* Judge Lynch further determined that Huot identifies no actionable ground for relief. *Id.* The Court does not possess the authority to hear the merits of Huot's claim.

**IT IS ORDERED** that Judge Lynch's Findings and Recommendations (Doc. 14), are **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Huot's motion for a mistrial, construed as a Rule 60(b) motion, is **DENIED** as lacking any basis in fact or law.

DATED this 21st day of February, 2018.

Brian Morris
United States District Court Judge